**EXHIBIT "1"**

**PROPOSED ORDER**

Victoria L. Nelson, Chapter 7 Trustee
Email: trustee@nelsonhoumand.com
1180 North Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Telephone:    702/720-3374
Facsimile:    702/720-3371

*Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>DAWN M MATYSKIEL,<br><br>Debtor. | Case No. BK-S-16-14260-ABL<br>Chapter 7<br><br>**[PROPOSED] ORDER GRANTING MOTION TO APPROVE SALE OF THE REAL PROPERTY LOCATED AT 5026 DROUBAY DRIVE, LAS VEGAS, NEVADA 89122-0000 PURSUANT TO 11 U.S.C. § 363**<br><br>Date of Hearing:    August 17, 2017<br>Time of Hearing:    11:00 a.m.<br>Place: Courtroom No. 1, Third Floor<br>         Foley Federal Building<br>         300 Las Vegas Blvd., S.<br>         Las Vegas, NV 89101<br><br>Judge: Honorable August B. Landis[1] |

---

[1] All references to "ECF No." are to the numbers assigned to the documents filed in the case as they appear on the docket maintained by the clerk of the court.

-1-

This matter came before the Court on the *Motion to Approve Sale of the Real Property Located At 5026 Droubay Drive, Las Vegas, Nevada 89122-0000 Pursuant to 11 U.S.C. § 363* [ECF No. 36] (the "Motion") filed by VICTORIA L. NELSON, the Chapter 7 Trustee appointed in the above-captioned bankruptcy case (the "Trustee"). The Motion sought to approve the sale of 5026 Droubay Drive, Las Vegas, Nevada 89122-0000 (the "Property")[2]. The Motion provided that the Property would be sold to Jeffrey B. Ader ("Purchaser") in exchange for the payment of $143,500. The Motion was filed pursuant to 11 U.S.C. §§ 105 and 363(b) and (f) and Federal Rule of Bankruptcy Procedures 2002(c) and 6004 and Local Rule 9014(a)(a).

No objections were filed to the Motion. All appearances were noted on the record at the hearing on the Motion.

The Court reviewed the Motion, the *Declaration of Victoria L. Nelson In Support of Motion to Approve Sale of the Real Property Located At 5026 Droubay Drive, Las Vegas, Nevada 89122-0000 Pursuant to 11 U.S.C. § 363* [ECF No. 37], the *Notice of Hearing On Motion to Approve Sale of the Real Property Located At 5026 Droubay Drive, Las Vegas, Nevada 89122-0000 Pursuant to 11 U.S.C. § 363* [ECF No. 38], the *Certificate of Service of Motion to Approve Sale of the Real Property Located At 5026 Droubay Drive, Las Vegas, Nevada 89122-0000 Pursuant to 11 U.S.C. § 363* [ECF No. 39], the exhibits attached thereto, and all the pleadings on file herein.

It appearing to the Court that it is in the best interests of the Estate and its creditors to sell the Property and upon consideration of the pleadings and arguments of counsel, and based upon the findings of fact and conclusions of law placed on the record at the hearing and incorporated herein pursuant to Federal Rule of Civil Procedure 52, incorporated by reference by Federal Rules of Bankruptcy Procedure 7052 and good cause appearing,

**IT IS HEREBY ORDERED** that:

(1)    The Motion is GRANTED in its entirety;

. . .

---

[2] Unless otherwise set forth herein, all defined terms shall have the same meaning ascribed to them in the Motion.

  (2) The bankruptcy estate's interest in the Property shall be sold to the Purchaser free and clear of liens pursuant to 11 U.S.C. § 363(f) for the purchase price of $143,500 on the terms set forth in the Motion.

  (3) The payment of the Bankruptcy Release Fee in the amount of $7,550 as set forth in the Motion is reasonable and in the best interests of creditors; and

  (4) The fourteen (14) day stay under Federal Rule of Bankruptcy Procedure 6004(h) is waived.

  **IT IS SO ORDERED.**

Prepared and submitted by:

**CHAPTER 7 TRUSTEE**

_____
Victoria L. Nelson, Chapter 7 Trustee
Email: trustee@nelsonhoumand.com
1180 North Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Telephone: 702/720-3374
Facsimile: 702/720-3371

-3-

**LOCAL RULE 9021 CERTIFICATE**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

☐ The Court has waived the requirements set forth in Local Rule 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the Motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the Motion pursuant to Local Rule 9014(g), and that no party has objected to the form or content of the order.

Dated this 17th day of August, 2017.

                **CHAPTER 7 TRUSTEE**

                _____
                Victoria L. Nelson, Chapter 7 Trustee
                Email: trustee@nelsonhoumand.com
                1180 North Town Center Drive, Suite 100
                Las Vegas, Nevada 89144
                Telephone: 702/720-3374
                Facsimile:  702/720-3371

                ###