| | |
|---|---|
| Victoria L. Nelson, Chapter 7 Trustee<br>Email: trustee@nelsonhoumand.com<br>1180 North Town Center Drive, Suite 100<br>Las Vegas, Nevada 89144<br>Telephone:    702/720-3374<br>Facsimile:     702/720-3371<br><br>*Chapter 7 Trustee* | *Electronically Filed On: July 14, 2017* |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>DAWN M MATYSKIEL,<br><br>Debtor. | Case No. BK-S-16-14260-ABL<br>Chapter 7<br><br>**NOTICE OF HEARING ON MOTION TO APPROVE SALE OF THE REAL PROPERTY LOCATED AT 5026 DROUBAY DRIVE, LAS VEGAS, NEVADA 89122-0000 PURSUANT TO 11 U.S.C. § 363**<br><br>Date of Hearing:    August 17, 2017<br>Time of Hearing:    11:00 a.m.<br>Place: Courtroom No. 1, Third Floor<br>          Foley Federal Building<br>          300 Las Vegas Blvd., S.<br>          Las Vegas, NV 89101<br><br>Judge: Honorable August B. Landis |

**NOTICE IS HEREBY GIVEN** that the *Motion to Approve Sale of the Real Property Located At 5026 Droubay Drive, Las Vegas, Nevada 89122-0000 Pursuant to 11 U.S.C. § 363* (the "Motion") was filed by VICTORIA L. NELSON, the Chapter 7 Trustee in the above-captioned bankruptcy case (the "Trustee"). The Motion seeks authority to sell 5026 Droubay Drive, Las Vegas, Nevada 89122-0000 (the "Property") to Jeffrey B. Ader (the "Purchaser") in exchange for $143,500. Although the liens secured by the Property currently exceed its fair market value, the terms of the sale of the Property provide that the Debtor's bankruptcy estate will receive a Bankruptcy Release Fee in the amount of $7,550 that will be used to pay creditors.

-1-

A copy of the Motion and the *Declaration of Victoria L. Nelson In Support of Motion to Approve Sale of the Real Property Located At 5026 Droubay Drive, Las Vegas, Nevada 89122-0000 Pursuant to 11 U.S.C. § 363*, with exhibits, are on file with the Clerk's Office of the United States Bankruptcy Court, 300 Las Vegas Blvd. South, Fourth Floor, Las Vegas, Nevada 89101. Copies of the Motion may also be obtained from counsel for the Trustee or through the Bankruptcy Court's website at www.nvb.uscourts.gov.

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you must file an opposition with the Court, and serve a copy of the person making the Motion ***no later than fourteen (14) days before the hearing on the Motion.*** The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The Court may *refuse to allow you to speak* at the scheduled hearing; and
- The Court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Blvd. South, Third Floor, Courtroom No. 1, Las Vegas, Nevada on August 17, 2017 at 11:00 a.m.

. . .
. . .
. . .
. . .
. . .
. . .

-2-

**NOTICE IS FURTHER GIVEN** that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above-noted hearing or any adjournment thereof.

Dated this 14th day of July, 2017.

**CHAPTER 7 TRUSTEE**

*/s/ Victoria L. Nelson*
Victoria L. Nelson, Chapter 7 Trustee
Email: trustee@nelsonhoumand.com
1180 North Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Telephone:   702/720-3374
Facsimile:   702/720-3371